Somil Trivedi (*pro hac vice)*
American Civil Liberties Union Foundation
Criminal Law Reform Project
915 15th St., NW
Washington, DC 20005
Telephone: (202) 715-0802
strivedi@aclu.org

Jared G. Keenan (027068)
Victoria López (330042)
American Civil Liberties Union Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
jkeenan@acluaz.org
vlopez@acluaz.org

***Attorneys for Plaintiffs***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Samuel Luckey and Michael Calhoun, on behalf of themselves and those similarly situated, and<br><br>Arizona Attorneys for Criminal Justice,<br><br>Plaintiffs,<br><br>v.<br><br>Allister Adel, in her official capacity as County Attorney for Maricopa County,<br><br>Defendants. | CV21-01168-GMS-ESW<br><br>**PLAINTIFFS' NOTICE OF LODGING NON-ELECTRONIC EXHBITS IN SUPPORT OF THEIR COMPLAINT** |

Pursuant to the Court's Order dated July 30, 2021 (Doc. 14), Plaintiffs hereby give notice on this date they are lodging with the Court the following non-electronic exhibits cited in their Complaint (Doc. 1).

| **Exhibit** | **Description** |
|---|---|
| 1(d) | Video of Plaintiff Samuel Luckey's EDC initial appearance, dated January 28, 2021 |
| 1(f) | Video of Plaintiff Samuel Luckey's EDC status conference, dated April 7, 2021 |

Plaintiffs further give notice they are providing defense counsel with copies of these non-electronic exhibits via email on August 6, 2021.

Dated this 6th day of August, 2021.

American Civil Liberties Union Foundation of Arizona

By */s/ Jared G. Keenan*
Jared G. Keenan
Victoria López

American Civil Liberties Union Foundation
Somil Trivedi (*pro hac vice)*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2021 I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Jared G. Keenan*
Jared G. Keenan