ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

BY:   ANN THOMPSON UGLIETTA (013696)
      CHARLES TRULLINGER (018936)
      JOSEPH I. VIGIL (018677)
      Deputy County Attorneys
      uglietta@mcao.maricopa.gov
      trullinc@mcao.maricopa.gov
      vigilj@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4317
ca-civilmailbox@mcao.maricopa.gov
MCAO Firm No. 00032000

Attorneys for Maricopa County Attorney
Allister Adel

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samuel Luckey and Aaron Dromiack, on behalf of themselves and those similarly situated, and, | No. CV21-01168-PHX-GMS (ESW) |
| Arizona Attorneys for Criminal Justice, | **DEFENDANT'S NOTICE OF LODGING NON-ELECTRONIC EXHIBIT** |
| Plaintiffs, | |
| v. | |
| Allister Adel, in her official capacity as County Attorney for Maricopa County, | |
| Defendants. | |

Pursuant to the Court's Order dated September 23, 2021 (Doc. 38), Defendant hereby gives notice of lodging the following non-electronic exhibit on this date in support of Defendant's Motion to Dismiss the First Amended Complaint and Defendant's Response in Opposition to Plaintiff's Motion for Class Certification (Doc. 40, Doc. 37):

1

Exhibit 4M, which consists of a flash drive containing the Maricopa County Superior Court's Official "Microsoft Teams" Video-Taped Court Hearing in *State v. Luckey*, CR2021-103619-001 (Maricopa County Superior Court), depicting Plaintiff Luckey's change of plea and plea colloquy in courtroom CCB 701 on September 13, 2021.

Defendant mailed a DVD copy of Exhibit 4M to Plaintiffs' counsel on September 23, 2021.

**RESPECTFULLY SUBMITTED** this 24th day of September 2021.

        ALLISTER ADEL
        MARICOPA COUNTY ATTORNEY

        By /s/ *Ann Thompson Uglietta*
          ANN THOMPSON UGLIETTA
          CHARLES TRULLINGER
          JOSEPH I. VIGIL
        Deputy County Attorneys
        *Attorneys for Maricopa County Attorney*
        *Allister Adel*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2021, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable G. Murray Snow
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 622
401 West Washington Street
Phoenix, Arizona 85003

Honorable Eileen S. Willett
Magistrate Judge
United States District Court
Sandra Day O'Connor U. S. Courthouse, Suite 325
401 West Washington Street
Phoenix, Arizona 85003

Somil Trivedi (pro hac vice application forthcoming)
American Civil Liberties Union Foundation
Criminal Law Reform Project
915 15th St., NW
Washington, DC 20005
strivedi@aclu.org

Jared G. Keenan (027068)
Victoria Lopez (330042)
American Civil Liberties Union Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
jkeenan@acluaz.org
vlopez@acluaz.org
*Attorneys for Plaintiffs*

/s/ S. Rojas

S:\CIVIL\CIV\Matters\GN\2021\Luckey v. Adel 2021-1873\Pleadings\WORD\20210924 Def Ntc of Lodging NE Exh.docx