# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samuel Luckey, et al., | **NO. CV-21-01168-PHX-GMS (ESW)** |
| Plaintiffs, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| Allister Adel, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed September 7, 2022, which granted the Motion to Dismiss, this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Debra D. Lucas
District Court Executive/Clerk of Court

September 7, 2022

By   s/ L. Dixon
Deputy Clerk